UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLEY ANN WEGER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　　　Defendant. | NO: CV-10-411-RMP<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

　　　　The Plaintiff, Kimberley Ann Weger, is proceeding *in forma pauperis*. As part of the Court's screening function under 28 U.S.C. § 1915(e)(2), this Court entered an order on February 15, 2011 concluding that Ms. Weger's complaint failed to state a claim under Federal Rule of Civil Procedure 8(a). ECF No. 7. This Court granted Ms. Weger thirty days to file an amended complaint or face dismissal. More than thirty days have passed, and Ms. Weger has failed to file an amended complaint.

　　　　Accordingly, **IT IS HEREBY ORDERED:**

ORDER ~ 1

1

    1. Pursuant to 28 U.S.C. § 1915(3)(2)(B)(ii), the above captioned complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order, to provide a copy to the Plaintiff, and **CLOSE** this file.

**DATED** this 31st of August, 2011.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ~ 2